SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 100
Roseville, CA 95661
408-279-2288 ph:
408-279-2299 fax

Attorneys for Plaintiff
Hilda Larios

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| HILDA LARIOS, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX, INC.; et. al., <br><br> Defendants. | Case No.: 5:17-CV-02966-NC <br><br> NOTICE OF SETTLEMENT WITH DEFENDANT CITIMORTGAGE, INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

    **PLEASE TAKE NOTICE THAT** plaintiff Hilda Larios and defendant Citigmortgage, Inc. have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The parties believe that the settlement will be finalized within the next 45 days.  At that point the parties anticipate dismissing the action against Citimortgage, Inc.

Dated:   July 14, 2017

                                            **Sagaria Law, P.C.**
                                            /s/ *Elliot Gale*
                                            Elliot Gale
                                            Attorneys for Plaintiff