# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA LARIOS, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX, INC., et al., <br><br> Defendants. | Case No. 17-cv-02966 NC <br><br> **ORDER OF CONDITIONAL DISMISSAL** <br><br> Re: Dkt. 15 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed within 30 days. All scheduled dates are VACATED.

IT IS SO ORDERED.

Dated: September 18, 2017,

Nathanael M. Cousins
United States Magistrate Judge

Case No. 17-cv-02966 NC
ORDER OF CONDITIONAL DISMISSAL